Order issued September 28, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01185-CV

## IN RE RICKEY L. HOLLAND AND KAREN HOLLAND, Relators

Original Proceeding from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-15867-B

## ORDER

Before Justices Bridges, Lang, and Fillmore

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus

and emergency motion for temporary relief. We **ORDER** that relators bear the costs of this original

proceeding.

DAVID L. BRIDGES
JUSTICE